01

02

03

04

05

06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  POSTESCU AUREL,                       )
                                          )   CASE NO. C14-0459-JCC-MAT
09          Petitioner,                   )
                                          )
10          v.                            )   REPORT AND RECOMMENDATION
                                          )
11  ICE FIELD OFFICE DIRECTOR,            )
                                          )
12          Respondent.                   )
    _____ )

13

14          *Pro se* petitioner Postescu Aurel is a native of Romania who is currently detained at the

15  Northwest Detention Center under an order of removal, review of which is pending before the

16  Ninth Circuit.[1]  *See Aurel v. Holder*, No. 13-72468 (9th Cir. 2013).  This is the second

17  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that he has filed in the last year.

18  On October 28, 2013, the Honorable Ricardo S. Martinez denied his first petition as moot

19  because he received the requested relief—a constitutionally sufficient bond hearing before an

20  immigration judge—and was granted a $10,000 bond.  *See Aurel v. ICE Field Office Director*

21  _____

22          [1]  When petitioner filed for review in the Ninth Circuit, execution of his removal order
    was temporarily stayed pending further order.  *See Aurel v. Holder*, No. 13-72468, Dkt. 1.   On
    May 20, 2014, the Ninth Circuit denied his petition for review of the removal order, but it has
    not yet issued the mandate or lifted the stay.  *See id.*, Dkt. 17.

REPORT AND RECOMMENDATION
PAGE -1

01  ("*Aurel I*"), No. 13-627-RSM, Dkt. 15 at 4.  In the instant action, filed five months later,

02  petitioner seeks the same relief.  *See* Dkt. 1 at 2.[2]  Respondent has moved to dismiss, arguing

03  petitioner's circumstances have not materially changed since his first petition and he is not

04  entitled to another bond hearing.  Dkt. 8.  The Court agrees.

05    When an alien's removal has been stayed pending judicial review of the order of

06  removal, as is the case here, the alien is detained pursuant to the Attorney General's

07  discretionary authority under 8 U.S.C. § 1226(a).  *Casas-Castrillon v. Dep't of Homeland*

08  *Sec.*, 535 F.3d 942, 951 (9th Cir. 2008); *Prieto-Romero v. Clark*, 534 F.3d 1053, 1065-66 (9th

09  Cir. 2011).  Such aliens are entitled to a "*Casas*" bond hearing to establish whether their

10  release would present a danger to the community or a flight risk.  *Casas-Castrillon*, 535 F.3d at

11  951; *Prieto-Romero*, 534 F.3d at 1065-66; *Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir.

12  2011).  If the immigration judge grants bond, the court is not permitted to review the

13  reasonableness of the bond amount.  *See Prieto-Romero*, 534 F.3d at 1067 (declining to review

14  reasonableness of $15,000 bond alleged to be too expensive for the petitioner to afford);

15  *Karanja v. Clark*, No. C08-1351-TSZ-BAT, 2009 WL 86489, at *4 (W.D. Wash. Jan. 12, 2009)

16  (concluding that the court was not entitled to review the petitioner's allegedly excessive

17  $20,000 bond).

18    As Judge Martinez found, petitioner received a *Casas* hearing that comported with the

19  due process requirements established by the Ninth Circuit.  *See Aurel I*, Dkt. 15 at 3-4.  In

20  fact, petitioner was granted a $10,000 bond.  *See id.*  The statutory basis for petitioner's

21  detention has not changed since Judge Martinez's order, and the Court cannot review the

22

   [2] Unless otherwise noted, references to "Dkt. __" refer to the instant matter, Case No.
14-459-JCC-MAT.

REPORT AND RECOMMENDATION
PAGE -2

01    reasonableness of the bond amount.   Because petitioner has already been given the only relief

02    to which he is entitled—a *Casas* bond hearing that comports with due process—his claim must

03    be denied as moot.   *See Flores-Torres v. Mukasey*, 548 F.3d 708, 710 (9th Cir. 2008)

04    (dismissing as moot portion of habeas petition challenging detention without bond upon grant

05    of bond hearing).

06           For the foregoing reasons, the Court recommends GRANTING respondent's motion to

07    dismiss (Dkt. 8), DENYING petitioner's habeas petition (Dkt. 1), and DISMISSING this action

08    with prejudice.   A proposed order accompanies this Report and Recommendation.

09           DATED this <u>23rd</u> day of June, 2014.

10

11                                         Mary Alice Theiler

12                                         Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -3