THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POSTESCU AUREL,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | CASE NO. C14-0459-JCC<br><br>ORDER |

The Court, having reviewed Petitioner's writ for habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;
2. Respondent's motion to dismiss (Dkt. No. 8) is GRANTED and petitioner's habeas petition (Dkt. No. 1) is DENIED;
3. This matter is DISMISSED with prejudice; and
4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

//
//
//
//

1   DATED this 29th day of July 2014.

2

3

4

5

6

7            John C. Coughenour
8            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2